# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Corey R. Alston                                                              Docket No. 5:15-MJ-1914-1 RN

### Petition for Action on Conditions of Pretrial Release

COMES NOW Tiffany C. Peacock, U.S. Probation Officer of the court, presenting an official report upon the conduct of defendant, Corey R. Alston, who was placed under pretrial release supervision by the Honorable Robert T. Numbers, II, U.S. Magistrate Judge, sitting in the Court at Fayetteville, on the 5th day of November, 2015

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**
The defendant submitted urine samples on November 13, 2015, and January 5, 2016, both were positive for marijuana and the January 5, 2016 test was also positive for opiates. When confronted with the results of the November 13, 2015, positive the defendant reported the use occurred prior to being placed on Pretrial Supervision. The defendant signed an admission for the January 5, 2016, test where he admitted to using marijuana on December 31, 2015, but stated he was positive for opiates due to using medication from a prescription given months earlier.

**PRAYING THAT THE COURT WILL ORDER** the defendant be continued on supervision. Mr. Alston was referred to substance abuse counseling on January 5, 2016, in an effort to deter future drug use. His supervision will continue to be monitored, and the court will be notified of any future violations.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Robert K. Britt<br>Robert K. Britt<br>Senior U.S. Probation Officer | /s/ Tiffany C. Peacock<br>Tiffany C. Peacock<br>U.S. Probation Officer<br>310 Dick Street,<br>Fayetteville, NC 28301-5730<br>Phone: 910-354-2545<br>Executed On: February 8, 2016 |

### ORDER OF THE COURT

Considered and ordered on February 10, 2016. It is further ordered that this document shall be filed and made a part of the records in the above case.

_/s/ Robert T. Numbers II_
Robert T. Numbers, II
United States Magistrate Judge