# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Corey R. Alston                                     Docket No. 5:15-MJ-1914-1 RN

### Petition for Action on Conditions of Pretrial Release

COMES NOW Tiffany C. Peacock, U.S. Probation Officer of the court, presenting an official report upon the conduct of defendant, Corey R. Alston, who was placed under pretrial release supervision by the Honorable Robert T. Numbers, II, U.S. Magistrate Judge, sitting in the Court at Fayetteville, on the 5th day of November, 2015

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**
The defendant submitted a urine sample on February 19, 2016, which was reported back as negative invalid. On March 09, 2016, the defendant submitted a urine sample which later tested positive for marijuana. When confronted with the results the defendant signed an admission for using marijuana on February 19, 2016, February 20, 2016 and February 21, 2016.

**PRAYING THAT THE COURT WILL ORDER** the defendant be continued on supervision. Mr. Alston was referred to substance abuse counseling on January 5, 2016, in an effort to deter future drug use. His supervision will continue to be monitored, and the court will be notified of any future violations.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Robert K. Britt<br>Robert K. Britt<br>Senior U.S. Probation Officer | /s/ Tiffany C. Peacock<br>Tiffany C. Peacock<br>U.S. Probation Officer<br>310 Dick Street,<br>Fayetteville, NC 28301-5730<br>Phone: 910-354-2545<br>Executed On: March 17, 2016 |

### ORDER OF THE COURT

Considered and ordered on March 21, 2016. It is further ordered that this document shall be filed and made a part of the records in the above case.

/s/ Robert T. Numbers II
Robert T. Numbers, II
United States Magistrate Judge